JUNE 2, 1997

No. 96–540.   UNITED STATES *v.* DUNN.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *United States* v. *LaBonte*, *ante*, p. 751.